# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANDREA FRAZIER,** as Voluntary Guardian of the Property of
**ROSETTA PETERKIN,** the ward,
Appellant,

v.

**FLORIDA PUBLIC UTILITIES COMPANY** and
**JOSEPH DEYOUNKS,**
Appellees.

No. 4D18-682

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph G. Marx, Judge; L.T. Case No. 502016CA002406XXXMB.

Richard B. Rosenthal of The Law Offices of Richard B. Rosenthal, P.A., Miami, and Zane Berg of Schlesinger Law Offices, Fort Lauderdale, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and BOATWRIGHT, JOE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***